ETHEL YEOMANS SHERMAN, complainant-respondent

*v.*

ALTON L. SHERMAN et al., defendants; ALTON L. SHERMAN, defendant-appellant.

[Submitted February term, 1937. Decided April 30th, 1937.]

*Mr. Lionel P. Kristeller,* for the defendant-appellant.

*Messrs. Coult, Satz & Tomlinson (Mr. Joseph Coult),* for the complainant-respondent.

PER CURIAM.

The pleadings and proofs have been carefully examined. It is apparent therefrom that the order appealed from vacating the preliminary restraint was a proper exercise of a sound judicial discretion.

The order is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 15.

*For reversal*—None.